IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 06-38 |
| | ) (**UNDER SEAL**) |
| EMIL J. HENNING | ) |

### ORDER OF COURT

AND NOW, to-wit, this __12th__ day of __July__, 2006, upon consideration of the foregoing Motion for Release on Bond, it is hereby ORDERED, ADJUDGED AND DECREED that a hearing on Mr. Henning's release be held on the __14th__ day of __July__, 2006 at __10:00__ (a.m.)/~~p.m.~~ before the undersigned.

_____
United States Magistrate Judge