IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-38 |
| | ) |
| EMIL JAMES HENNING, JR., | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 5th day of April, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 23, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, April 13, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Charles A. Eberle,
      Assistant United States Attorney

      Michael J. Novara,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation