IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-38 |
| | ) |
| EMIL JAMES HENNING, JR., | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 22nd day of December, 2007, IT IS HEREBY ORDERED that the judgment and commitment order, dated November 30 2007, is amended as follows:

> "Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: Charles A. Eberle,
Assistant United States Attorney

Michael J. Novara,
Assistant Federal Public Defender

United States Marshal

United States Probation

United States Bureau of Prisons