IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 06-38
)
EMIL JAMES HENNING )

**ORDER OF COURT**

AND NOW, to-wit, this 7th day of Jan, 2011, for the reasons stated in Court today, Mr. Hennings' Petition on Supervised Release, Supplemental Petition on Supervised Release, and Second Supplemental Petition on Supervised Release are resolved as follows:

Mr. Henning's conditions of supervised release are hereby modified as follows: He shall participate and successfully complete a 14 day residential drug treatment program; he shall be placed on house arrest upon completion of this 14-day residential drug treatment program for a period of 90 days, subject to electronic monitoring; he shall participate in out-patient drug treatment program at the direction of the United States Probation Office; and he shall serve 7 days at a community correctional center at the conclusion of his 90-day house arrest time period. The

failure to comply with any of the above conditions of release shall result in the revocation of Mr. Henning's supervised release and the imposition of appropriate sanctions.

                                              _____
                                              Gary L. Lancaster
                                              United States District Judge

cc:  Counsel of Record