IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-38 |
| | ) |
| EMIL JAMES HENNING, JR., | ) |
| Defendant. | ) |

ORDER

AND NOW, this 2nd day of March, 2011, following a hearing on defendant's conduct while on supervised release and the Court finding a violation of same, IT IS HEREBY ORDERED the judgment and commitment order, imposed on November 30, 2007 and modified on December 22, 2007 and January 7, 2011, is amended to include the following condition of supervision:

> "The defendant shall be placed on home detention, with the condition of electronic monitoring, for a period of three (3) months. During this time, the defendant shall remain at his place of residence except for employment, religious services, doctors' appointments and other activities approved in advance by the probation officer. The defendant shall wear an electronic device and shall observe the rules specified by the probation department. The defendant is to pay the cost of the electronic monitoring portion of this sentence, not to exceed the daily contractual rate and shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer, subject to supervisory approval. At the conclusion of this period of home detention, there shall be no further supervision."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, C.J.

cc: Charles A. Eberle,
Assistant United States Attorney

Michael J. Novara,
Assistant Federal Public Defender

Andrew A. Waszyn,
United States Probation Officer

United States Marshal